**Order entered October 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00805-CR**
**No. 05-18-00830-CR**

**ROBERT RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76782-U, F17-18579-U**

## ORDER

Before the Court is appellant's October 15, 2018 pro se motion to extend the time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and **ORDER** appellant's pro se response filed no later than **December 5, 2018**.

/s/     CRAIG STODDART
          JUSTICE